UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS LEE RODGERS,<br><br>        Petitioner,<br><br>        v.<br><br>STATE OF CALIFORNIA,<br><br>        Respondent. | No. EDCV 17-1233-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: July 6, 2017

                                    VIRGINIA A. PHILLIPS
                                    Chief United States District Judge